

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
LOGGED ___ RECEIVED

DEC 06 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19-4007 ADC |
| ANTHONY JOSEPH GONZALEZ | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 25, 2018** in the county of **Harford** in the **_____** District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2251(a) | Production of Child Pornography |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Rachel Corn, which is attached and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rachel Corn, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6 December 2019

_____
*Judge's signature*

City and state: Baltimore, Maryland

A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*